STATE OF NORTH CAROLINA v. JIMMY WAYNE CAGLE

No. 7512SC667

(Filed 17 December 1975)

APPEAL by defendant from *Hobgood, Judge.* Judgment entered 30 April 1975 in Superior Court, HOKE County. Heard in the Court of Appeals 18 November 1975.

VAUGHN, MARTIN and CLARK, Judges.

No error.